JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAIN WHITAKER,<br><br>  Plaintiff,<br><br>  v.<br><br>DOWNTOWN PROPERTIES IV, LLC, a California Limited Liability Company; BUNKER HILL RESTAURT, INC., a California Corporation; and Does 1-10,<br><br>  Defendants. | Case: 2:15-CV-01515-PA (SSx)<br><br>**ORDER OF DISMISSAL** |

The entire case is hereby ordered dismissed without prejudice.

Dated: March 10, 2015

JS-6

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE